KENNETH DILLARD        CIVIL ACTION NO. 5:14-CV-00950

VERSUS        JUDGE FOOTE

BURL CAIN        MAGISTRATE JUDGE PEREZ-MONTES

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Dillard's § 2254 petition for writ of habeas corpus is DENIED and DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Shreveport, Louisiana on this 25 day of _____ 2017.

JUDGE ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE